UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>TROY MATTHEW GARLAND,<br><br>Defendant. | Case No.: **21-MJ-1210**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 18 U.S.C. § 922(g)(1) – Felon in Possession of Firearms and Ammunition;<br><br>Title 26 U.S.C., § 5861(d) - Possession of an Unregistered Firearm;<br><br>Title 18 U.S.C., § 922(a)(1)(A), 923(a), 924(a)(1)(D) – Dealing Firearms Without A License;<br><br>Title 21 U.S.C., § 841(a)(1) – Distribution of Methamphetamine |

The undersigned complainant being duly sworn states:

COUNT ONE

On or about March 24, 2021, within the Southern District of California, the defendant TROY MATTHEW GARLAND, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms and ammunition that traveled in and affected interstate commerce, to wit: a Remington, model 870, 12 gauge shotgun bearing serial number AB948588M; a Springfield Armory, model 1911A1, .45 caliber pistol bearing serial number NM184743; a Browning, model Light Twelve, 12-gauge, Short Barrel Shotgun, bearing serial number 42741; and approximately 5,000 rounds of assorted ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO

On or about March 24, 2021, within the Southern District of California, the defendant, TROY MATTHEW GARLAND, did knowingly possess firearms, to wit: (7) seven 5.56/.223 caliber Short Barreled Rifles (SBRs), which is a rifle having a barrel of less than 16 inches in length, all of which did not bear legitimate manufacturer's marking or serial number; and a Browning, model Light Twelve, 12-gauge, Short Barrel Shotgun, bearing serial number 42741, which is a shotgun having a barrel of less than 18 inches in length; not registered to him in the National Firearms Registration and Transfer Record; in violation of Title 26, United States Code, Section 5861(d).

## COUNT THREE

Beginning on an unknown date and continuing up to March 24, 2021, within the Southern District of California, the defendant, TROY MATTHEW GARLAND, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT FOUR

On or about March 4, 2021, within the Southern District of California, the defendant, TROY MATTHEW GARLAND, did knowingly and intentionally distribute approximately 28 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21 United States Code, Section 841(a)(1).

The complainant further states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

_____
Joseph Stearns
ATF Special Agent

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 2nd day of April 2021.

_____
HON. BERNARD G. SKOMAL
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The following does not contain all of the information known to myself or other federal agents and state and local officers regarding this investigation, but does contain at least those facts believed to be necessary to establish the requisite probable cause.

In February of 2021, San Diego Police Department ("SDPD") Narcotics Detectives received a Crime Stoppers narcotics complaint about Troy GARLAND ("GARLAND") selling controlled substances and manufacturing "ghost guns" at his residence. The complaint specifically stated GARLAND was selling multiple controlled substances to include; fentanyl, methamphetamine, cocaine, heroin, Xanax, and MDMA. The complaint identified GARLAND's residence as 4459 32nd Street, San Diego, CA, within the Southern District of California.

On or about February 25, 2021, SDPD Narcotics Detectives and Special Agents ("SA") with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") arranged to have an ATF Confidential Informant ("CI") purchase narcotics from GARLAND. GARLAND agreed to sell the ATF CI methamphetamine from his residence, 4459 32nd Street, San Diego, CA. Continuing on February 25, 2021, the ATF CI traveled to GARLAND's residence and purchased approximately 28 grams (g) of a white crystalline substance (later determined to be methamphetamine) for $300.00. Additionally, the ATF CI purchased an AR-15 type rifle, bearing no manufacturer's marking or serial number (identified by ATF as a Privately Manufactured Firearm ("PMF")) for $1,100.00. GARLAND informed the ATF CI that he manufactured the firearm himself and had other firearms he would sell.

On or about March 1, 2021, the ATF CI communicated with GARLAND regarding the future purchase of additional amounts of methamphetamine and additional firearms. Via a text message communication, the ATF CI inquired if GARLAND had built anymore firearms. GARLAND responded that he had built additional firearms and proceeded to send a series of photographs depicting multiple firearms to the ATF CI. The ATF CI then negotiated with GARLAND to purchase an additional amount of methamphetamine and additional firearms.

On or about March 4, 2021, the ATF CI met GARLAND at his residence to conduct the previously negotiated transaction. The ATF CI paid GARLAND $2,400.00 for (2) two AR-15 type rifles, bearing no manufacturer's markings or serial numbers and $1,400.00 for (2) two Glock-style pistols, bearing no manufacturer's markings or serial numbers. All firearms are believed to be PMFs manufactured by GARLAND. Additionally, the ATF CI purchased approximately 28 g of a white crystalline substance (later determined to be methamphetamine) from GARLAND for $300.00.

On March 24, 2021, SDPD Narcotics Detectives executed a residential State search warrant on GARLAND's residence, 4559 32nd Street, San Diego, CA. During the search of GARLAND's property and residence, law enforcement located additional firearms, including, but not limited to, the following:

1. A Remington, model 870, 12-gauge shotgun bearing serial number AB948588M;
2. A Springfield Armory, model 1911A1, .45 caliber pistol bearing serial number NM184743;
3. A Browning, model Light Twelve, 12-gauge Short Barrel Shotgun, bearing serial number 42741 and having a barrel of less than 18 inches in length;
4. (5) Five, AR-15 type, semi-automatic SBRs bearing no legitimate manufacturing mark or serial number (identified by ATF as a PMF) and having a barrel of less than 16 inches in length;
5. (3) Three, AR-15 type, semi-automatic rifles bearing no legitimate manufacturing mark or serial number (identified by ATF as a PMF); and
6. (4) Four, Glock-style, semi-automatic pistols bearing no legitimate manufacturing mark or serial number (identified by ATF as a PMF).

During the search, law enforcement personnel also located approximately 5,000 miscellaneous rounds of ammunition, miscellaneous firearms parts including a milled AR-15 style lower receiver bearing no serial number (identified by ATF as a PMF), drilled pistol frames bearing no serial number, additional amounts of substances that presumptively tested positive for methamphetamine and fentanyl, approximately 20 firearm magazines,

approximately $22,000.00 in United State currency, and indicia of GARLAND's dominion and control of the residence.

Additionally on March 24, 2021, prior to the execution of the state search warrant, SDPD officers detained GARLAND by conducting a traffic stop after he was observed by surveillance units leaving his residence. GARLAND was in possession of a military style bag which upon being searched contained (1) one, loaded, Glock-style pistol bearing no manufacturer's markings or serial number (identified by ATF as a PMF) and approximately $11,000 in United States currency.

Post-*Miranda*, GARLAND admitted ownership of the residence and vehicles where law enforcement personnel located the aforementioned items. GARLAND admitted to the manufacturing of firearms, both rifles and pistols, and selling the firearms for the purpose of monetary gain. GARLAND also admitted to knowingly manufacturing SBRs. Furthermore, GARLAND admitted to using and possessing methamphetamine for the purpose of sale.

Preliminary records checks revealed the following criminal history listed below:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 09/02/2003 | CASC-San Diego | 11375 (b)(1) HS - Poss Control Substance (Felony) | 180 Days' jail<br><br>3 Years' probation |

The firearms and ammunition were inspected. Preliminary checks revealed the firearms were not manufactured in California. Therefore, the firearms traveled in, and/or affected interstate commerce to arrive in the state of California. An inquiry into ATF's National Firearm Registration and Transfer Record ("NFRTR") in regards to GARLAND revealed no record of items. Additionally, an inquiry into ATF databases determined GARLAND does not hold a license with ATF known as a Federal Firearms License ("FFL") allowing him to engage in the business of importing, manufacturing, or dealing in firearms.