**NICHOLAS DE PENTO**
Attorney at Law
State Bar No. 47672
501 West Broadway
Suite A-410
San Diego, California 92101
Telephone (619) 236-1151
Fax (619) 236-1389
depentolaw@sbcglobal.net

Attorney for Defendant
**TROY MATTHEW GARLAND**

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>        vs.<br><br>TROY MATTHEW GARLAND,<br><br>                Defendants. | Case No. 21-CR-01362-H<br><br>NOTICE OF MOTION FOR<br>WITHDRAWAL OF DOCUMENT |

Request is hereby made for leave to withdraw Motion for Reconsideration of Bail, Document #26 without prejudice.

Dated: July 7, 2021                             /s/ Nicholas De Pento
                                                        NICHOLAS DE PENTO, ESQ.

1

## CERTIFICATE OF SERVICE

    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of knowledge and belief, and that a copy of the document has been served this day upon:

| | |
|---|---|
| Nicholas De Pento | depentolaw@sbcglobal.net |
| Shital Thakkar | Shital.Thakkar@usdoj.gov |

July 7, 2021

/s/ Nicholas De Pento
NICHOLAS DE PENTO, ESQ.
Attorney for Defendant