UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 21-cr-01362-H |
|---|---|
| Plaintiff, | **2nd Superseding** |
| | I N F O R M A T I O N |
| v. | Title 18 U.S.C. § 922(g)(1) – Felon in Possession of Firearms and Ammunition; Title 26 U.S.C., § 5861(d) – Possession of an Unregistered Firearm; Title 18 U.S.C., § 922(a)(1)(A), 923(a), 924(a)(1)(D) – Dealing Firearms Without A License; Title 21 U.S.C., § 841(a)(1) – Distribution of Methamphetamine; and Title 18 U.S.C. § 924(d), Title 21 U.S.C. § 853, Title 26, U.S.C. 5872, and Title 28, U.S.C., 2461(c) – Criminal Forfeiture |
| TROY MATTHEW GARLAND, | |
| Defendant. | |

The United States Attorney charges:

COUNT ONE

On or about March 24, 2021, within the Southern District of California, the defendant TROY MATTHEW GARLAND, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did

knowingly possess firearms and ammunition that traveled in and affected interstate commerce, to wit: a Remington, model 870, 12 gauge shotgun bearing serial number AB948588M; a Springfield Armory, model 1911A1, .45 caliber pistol bearing serial number NM184743; a Browning, model Light Twelve, 12-gauge, Short Barrel Shotgun, bearing serial number 42741; and approximately 5,000 rounds of assorted ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO

On or about March 24, 2021, within the Southern District of California, the defendant, TROY MATTHEW GARLAND, did knowingly possess firearms, to wit: (8) eight 5.56/.223 caliber Short Barreled Rifles (SBRs), which is a rifle having a barrel of less than 16 inches in length, all of which did not bear legitimate manufacturer's marking or serial number; and a Browning, model Light Twelve, 12-gauge, Short Barrel Shotgun, bearing serial number 42741, which is a shotgun having a barrel of less than 18 inches in length; not registered to him in the National Firearms Registration and Transfer Record; in violation of Title 26, United States Code, Section 5861(d).

### COUNT THREE

Beginning on an unknown date and continuing up to March 24, 2021, within the Southern District of California, the defendant, TROY MATTHEW GARLAND, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

### COUNT FOUR

On or about March 4, 2021, within the Southern District of California, the defendant, TROY MATTHEW GARLAND, did knowingly and

intentionally distribute 5 grams or more of methamphetamine (actual), to wit: approximately 80.57 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21 United States Code, Section 841(b)(1)(B)(viii).

FORFEITURE ALLEGATIONS

The allegations contained in Counts 1 through 4 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Sections 924(d), Title 21 U.S.C. § 853, Title 26, U.S.C. 5872, and Title 28, United States Code, Section 2461(c).

Upon conviction of one or more of the offenses alleged in Count 1 through 4 of this information, and pursuant to the provisions of Title 18, United States Code, Sections 924(d), Title 21 U.S.C. § 853, Title 26, U.S.C. 5872, and Title 28, United States Code, Section 2461(c), defendant TROY MATTHEW GARLAND shall forfeit to the United States all his rights, title and interest in all firearms and ammunition involved in the offenses.

The firearms and ammunition to be forfeited include, but are not limited to: A Remington, model 870, 12-gauge shotgun bearing serial number AB948588M; A Springfield Armory, model 1911A1, .45 caliber pistol bearing serial number NM184743; A Browning, model Light Twelve, 12-gauge Short Barrel Shotgun, bearing serial number 42741 and having a barrel of less than 18 inches in length; (8) Eight, AR-15 type, semi-automatic SBRs bearing no legitimate manufacturing mark or serial number and having a barrel of less than 16 inches in length; (2) Two, AR-15 type, semi-automatic rifles bearing no legitimate manufacturing mark or serial number ; (8) Eight, Glock-style, semi-automatic pistols bearing no legitimate manufacturing mark or serial number; approximately 5,000

3

miscellaneous rounds of ammunition, miscellaneous firearms parts including a milled AR-15 style lower receiver bearing no serial number, and (2) Two, drilled pistol frames bearing no serial number.

Upon conviction of the felony offense set forth in Count 4 of the information, which offense is subject to imprisonment for greater than one year, and pursuant to Title 21, United States Code, Section 853(a), Defendant shall forfeit to the United States all property, real and personal, constituting and derived from proceeds of the offense and all property used or intended to be used to commit and to facilitate the commission of the offense. The property to be forfeited includes, but is not limited to, all the properties described above and approximately $34,044 in U.S. currency.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the said property listed above as being subject to forfeiture.

All pursuant to Title 18, United States Code, Section 924(d) pursuant to the provisions of Title 18, United States Code, Sections

4

924(d), Title 21 U.S.C. § 853, Title 26, U.S.C. 5872, and Title 28, United States Code, Section 2461(c).

DATED: August 30, 2022.

>RANDY S. GROSSMAN
> United States Attorney
>
> By: *[signature]*
>
> SHITAL H. THAKKAR
> Assistant U.S. Attorney